ORIGINAL

FILED
2017 JAN 13 A 11: 58
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

1  Raymond P Dowd
   1770 Post Street, #334
2  San Francisco, CA  94115
   650-787-2512
3  raydowd@me.com
   Pro Se
4
   Laura E Linser
5  1770 Post Street, #334
   San Francisco, CA  94115
6  650-576-5036
   lelinser@me.com
7  Pro Se

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  Raymond P Dowd and Laura E Linser,  )  Case No. CV 17 181
                                        )
14              Plaintiffs,             )  COMPLAINT FOR DAMAGES FOR UNLAWFUL
                                        )  DETENTION, RECKLESS ENDANGERMENT,
15  vs.                                 )  ILLEGAL DISPLAY OF FIREARM AND
                                        )  PERJURY IN VIOLATION OF FOURTH AND
16  UC Regents and Cyriacus Nzerem and  )  FOURTEENTH AMENDMENTS TO U.S.
                                        )  CONSTITUTION.
17  Does 1-10 inclusive,                )
                                        )
18              Defendants.             )  **Demand for jury trial**
    _____)

19

20

21                    JURISDICTION

22      1. This court has the jurisdiction over this complaint because it arises

23  under the laws of the United States.

24           VENUE AND INTRADISTRICT ASSIGNMENT

25      2.  The facts and circumstances giving rise to this action all occurred

26  in San Francisco, California, making this Court the proper venue for the

27  trial for this action.

28

HSG

BY FAX

                    Complaint for Damages - 1

1

**SUMMARY**

2    3. On January 16, 2015 between 16:00 and 16:43, while more than one

3  mile out of his primary duty area per Penal Code 830.2 and Education Code

4  96200, and without probable cause, University of California at San Francisco

5  Police officer Cyriacus Nzerem (Star 224) intentionally and recklessly

6  endangered Plaintiffs lives with extreme and outrageous conduct with his

7  vehicle, unlawfully detained Plaintiff thereby depriving personal liberty

8  with invalid use of authority, engaged in an unjustified display of authority

9  with a firearm causing reasonable apprehension of an imminent harm and

10  committed multiple acts of perjury with intent to cause severe emotional

11  distress and great financial hardship.

12    **STATEMENT OF FACTS**

13    4. On January 16, 2015 at approximately 16:00, Plaintiffs departed a

14  parking structure located at 2001 Market Street, San Francisco, CA driving

15  southbound on Dolores Street when they noticed a police vehicle (CA license

16  #1435093; UCSFPD Car #2375) driving what appeared to be under the influence

17  down the center of both lanes while both lanes were unusually and

18  conspicuously free of parked vehicles.  Plaintiffs proceeded cautiously well

19  behind the police vehicle before turning right onto 16th street.  The police

20  vehicle drove suspiciously slow then also turned right but stayed in the #1

21  lane.

22    5. On January 16, 2015 at approximately 16:02, Defendant suddenly

23  attempted to speed up and cut in front of Plaintiff's vehicle twice to avoid

24  having to stop for a left turning vehicle at the upcoming intersection at

25  Church Street.  Plaintiffs vehicle did not yield and proceeded ahead to the

26  next intersection only to encounter a construction zone at the corner of

27  Market and Sanchez streets, so Plaintiffs attempted to safely merge into

28  traffic to avoid a signalman standing directly in their path.

Complaint for Damages - 2

1      6. On January 16, 2015 at approximately 16:04, instead of allowing

2 Plaintiffs to merge safely, Defendant Nzerem sped up to cut Plaintiff's

3 vehicle off thereby preventing a safe merge, however, Plaintiffs were able to

4 safely merge thereby safeguarding the defenseless signalman.

5      7. On January 16, 2015 at approximately 16:05, Defendant Nzerem,

6 lacking probable cause, then got out of his vehicle after mumbling

7 incoherently through the loudspeaker and aggressively approached Plaintiff's

8 vehicle on foot.  Plaintiffs noticed the University police badge then

9 immediately challenged his authority and probable cause then verbally

10 confronted him on his aggressive, dangerous driving and reason for stop.

11      8. On January 16, 2015 at approximately 16:06, Defendant Nzerem then

12 stated **"I only want to talk to you...it is not traffic related..please drive**

13 **into the alley"**.  Plaintiffs were not compelled to join him.  Then Defendant

14 Nzerem reached for his handgun in an aggressive manner so Plaintiffs

15 proceeded ahead to fill the increasing gap between them and the red light.

16      9. Plaintiffs allege Defendant assaulted and threatened bodily injury

17 intentionally causing reasonable apprehension of imminent harm by engaging in

18 the prohibited use of a firearm in an unjustified display of authority when

19 he approached Plaintiffs vehicle on foot then placed hand on weapon reaching

20 to withdraw his firearm without probable cause.

21      10. On January 16, 2015 at approximately 16:07, Defendant Nzerem,

22 enraged, then drove his police vehicle into oncoming traffic at a blind

23 corner in front of Star Belly Restaurant in an attempt to cut his vehicle

24 into the front fender of Plaintiff's vehicle.  When confronted with oncoming

25 traffic, Defendant was forced to back into the space left open until the

26 light changed.

27      11. Plaintiffs allege that Defendant intentionally and recklessly

28 endangered Plaintiffs lives with this extreme and outrageous conduct with his

1  vehicle when he aggressively drove into Plaintiffs lane twice, prevented

2  Plaintiffs from safely merging in construction zone and when he drove his

3  vehicle into oncoming traffic thereby exposing Plaintiffs to injury or death

4  from vehicular impact in retaliation for challenging his probable cause.

5      12. On January 16, 2015 between approximately 16:08 and 16:43, while

6  detained in front of Super Duper Burger on Market Street in the SFMUNI #37

7  bus stop, Plaintiffs requested a San Francisco Police Department response but

8  were threatened with imprisonment.

9      13. Plaintiffs allege that Defendant Nzerem lacked probable cause when

10  he unlawfully detained and intentionally engaged in an invalid use of

11  authority thereby depriving Plaintiffs of their personal liberties when he

12  detained Plaintiffs for 33 minutes.

13      14. On January 16, 2015 at approximately 16:43, Plaintiff Dowd was

14  handed a citation for misdemeanor reckless driving, refusal to provide

15  drivers license and driving without a license in possession.

16      15.  On January 16, 2015, Plaintiffs allege that Defendant

17  intentionally, willfully and with malice of forethought committed an act of

18  perjury when he falsified the citation with the charge of VC23103(a).

19      16. On January 16, 2015 at approximately 17:22:07, Plaintiffs sent an

20  email expressing outrage at the incident and demanding an intoxication test.

21  The call was followed up with a voice mail message to Chief Roskowski and

22  Supervisor Usis.  The email was forwarded to Supervisor Usis at 17:37:29 per

23  his verbal request.  Plaintiffs allege this test was falsified by Does 1-10

24  to protect the department and their serial offender Nzerem.

25      17. Between January 16, 2015 and February 13, 2015, Plaintiffs allege

26  that Defendant Nzerem after being notified of the UCSFPD complaint, UCSFPD

27  internal affairs investigation and this instant civil action, then

28  intentionally, willfully and with malice of forethought corrected an issued

Complaint for Damages - 4

1  citation twenty-eight days later increasing the severity of VC12951(b) from

2  infraction to misdemeanor purely in retaliation with intent to cause

3  additional emotional distress and increased financial hardship.

4      18. On February 18, 2015 between 08:30 and 11:00, Plaintiff appeared as

5  promised in traffic court at 850 Bryant Street, San Francisco, CA  94103 but

6  spent 2.5 hours waiting on line to discover there was no citation in the

7  system and the Defendant had failed to appear.  Court clerks noted citation

8  as "no hit" and subsequent checks on March 24, 2015 yielded "no records".

9  There was no further communication to Plaintiffs address of record.

10      19. On March 13, 2015 Plaintiffs reported all facts to an FBI duty

11  officer at San Francisco field office located 450 Golden Gate Avenue, 13th

12  Floor, San Francisco stating that Defendants Nzerem and Does 1-10 allegedly

13  engaged in a cover up of the incident including but not limited to destroying

14  the video evidence from the police dash camera, obstructing justice and

15  falsifying a Plaintiff requested sobriety test immediately following the

16  incident. Plaintiffs also reported said incident to State Senator Mark Leno's

17  Chief of Staff.

18      20. Plaintiffs further allege that Defendants Nzerem and Does 1-10

19  engaged in a cover up of the incident and making false statements to the FBI,

20  State Senator Leno's office and UC Regents Office of the General Counsel

21  investigators responding to Plaintiffs complaints.

22      21.  Plaintiffs further allege Defendant Nzerem's 20 year police career

23  has emboldened him, afforded him the knowledge with which to manipulate the

24  system and this incident has provided him with intent.

25                                      **PARTIES**

26      22.  Plaintiffs were at all times mentioned herein, residents of San

27  Francisco County. Plaintiffs are a married couple.  Raymond P Dowd, a 55 year

28  old Caucasian male has been registered with NASD / FINRA since 1987 in

Complaint for Damages - 5

1  numerous fiduciary principal roles requiring honesty, strict ethics and full

2  accountability.

3      23.  Plaintiff Laura E Linser, a 54 year old Caucasian female, is a

4  technology sector professional with a 25+ year history of strict ethics,

5  prior federal EBI clearances and important management roles requiring the

6  highest credibility and moral standing.

7      24.  Defendant Regents of the University of California (hereinafter "UC

8  Regents") is an agency of the State of California.  Suits against UC Regents

9  do not require the prior filing of a claim pursuant to Title 1, Division 3.6

10  of the California Government Code.

11      25.  Defendant Cyriacus Nzerem residing at 2439 Kaiser Way, Antioch, CA

12  94531 is an African immigrant from Nigeria and was at all times mentioned

13  herein a police officer with the University of California, San Francisco

14  police department and an employee of the UC Regents.  Defendant Nzerem is

15  also being sued in his individual capacity.  Online searches show that

16  Defendant Cyriacus Nzerem has been sued twice before for his conduct while on

17  duty in Susie Johnson v UC Regents and Cyriacus Nzerem, C11-1259EDL 2011 and

18  in Daniel Waitz v Cyriacus Nzerem, CSM 10-832726 2011.

19  **CLAIMS**

20  **FIRST CAUSE OF ACTION**

21  42 U.S.C. 1983 – Fourth Amendment Violation

22  (Defendants UC Regents, Nzerem and Does 1-10)

23      26. Defendant Nzerem by engaging in actions set forth in the preceding

24  paragraphs acted under color of law to deprive Plaintiffs of their rights

25  under the Fourth Amendment of the United States Constitution by unlawfully

26  stopping, unlawfully detaining, using unjustified display of invalid

27  authority without probable cause or lawful authority.

28

As a direct and proximate result of Defendants actions alleged herein, Plaintiffs sustained emotional distress, severe debilitating anxiety, humiliation, embarrassment, and gripping fears of retribution; and continue to suffer from severe debilitating anxiety and overwhelming fear for their lives and safety of property as a result of filing the UCSFPD complaint, filing restraining order (CCH-15-576655) and this instant civil action.

### SECOND CAUSE OF ACTION

### 42 U.S.C. 1983 - Fourteenth Amendment Violation (Equal Protection)

### (Defendants UC Regents, Nzerem and Does 1-10)

27.   Defendant Nzerem acted under color of law to deprive Plaintiffs of their right to equal protection of law guaranteed by the Fourteenth Amendment to the United States Constitution, a Defendant's actions had a racially discriminatory effect and were intentionally carried out for racially discriminatory purposes.

As a result of Defendants actions alleged herein, Plaintiffs sustained emotional distress, severe debilitating anxiety, humiliation, embarrassment, and gripping fears of retribution; and continue to suffer from severe debilitating anxiety and overwhelming fear for their lives and safety of property as a result of filing the UCSFPD complaint, filing restraining order (CCH-15-576655) and this instant civil action.

### THIRD CAUSE OF ACTION

### Intentional Infliction of Emotional Distress

### (Defendants UC Regents, Nzerem and Does 1-10)

28.   The actions of the Defendant were extreme and outrageous, intentional and reckless and with malice of forethought then acted on for the express purposes of causing Plaintiffs humiliation, mental anguish, severe emotional and physical distress and severe financial hardship.

1     As a result of Defendants actions alleged herein, Plaintiffs sustained

2 emotional distress, severe debilitating anxiety, humiliation, embarrassment,

3 and gripping fears of retribution; and continue to suffer from severe

4 debilitating anxiety and overwhelming fear for their lives and safety of

5 property as a result of filing the UCSFPD complaint, filing restraining order

6 (CCH-15-576655) and this instant civil action.

7

8                          **REQUEST FOR RELIEF**

9     WHEREFORE, Plaintiff requests judgment against Defendants, jointly and

10 severally, for all causes of action, as described below:

11     1.        For general and specific damages, in an amount according to

12        proof at trial;

13     2.        For punitive damages;

14     3.        For reasonable trial attorney's fees pursuant to 42 U.S.C

15        1988;

16     4.        For costs of suit incurred in the instant action;

17     5.        For all other relief as the Court deems reasonable and just.

18

19                             Dated this 11th Day of January, 2017

20

21        _____

22        Raymond P Dowd, Plaintiff, Pro Se

23

24        _____

25        Laura E Linser, Plaintiff, Pro Se

26

27

28

Complaint for Damages - 8