1 Name: Raymond P. Dowd / Laura E. Linser
2 Address: 44 Montgomery St, #3705, San Francisco, CA 94104
3 Phone Number: 415-530-3565
4 E-mail Address: raydowd@me.com
5 Pro Se   lelinser@me.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond P. Dowd and Laura E. Linser,

   Plaintiff,

vs.

UC Regents, Cyriacus Uzerem + Does 1-10

   Defendant.

Case Number: CV17-181-HSG

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 3/8/2017

*Haywood S. Gilliam Jr.*

United States District/~~Magistrate~~ Judge