LOUIS A. LEONE, ESQ, (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
SETH L. GORDON, ESQ. (SBN: 262653)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:     (925) 974-8600
Facsimile:      (925) 974-8601
E-Mail:           leonel@leonealberts.com
                       cleed@leonealberts.com
                       sgordon@leonealberts.com

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
and CYRIACUS NZEREM

RAYMOND P. DOWD, PRO SE
LAURA E. LINSER, PRO SE
1770 Post Street, Suite 334
San Francisco, CA 94115
Telephone:     (650) 787-8512
Email:            raydowd@me.com
                      lelinser@me.com

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND P. DOWD and LAURA E. LINSER,<br><br>Plaintiffs,<br><br>vs.<br><br>UC REGENTS and CYRIACUS NZEREM and Does 1-10 inclusive,<br><br>Defendants. | **Case No.:   CV 17-181 HSG**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEADLINE TO FILE FIRST AMENDED COMPLAINT AND RESPONSE THERETO** |

Defendants, who are represented by their undersigned counsel, hereby stipulate with Plaintiffs, who appear Pro Se, as follows:

**WHEREAS**, Defendants filed a Motion to Dismiss Plaintiffs' Original Complaint on February 23, 2017.

---

STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST
AMENDED COMPLAINT                                                                                              Case No. CV 17-181 HSG

1

**WHEREAS,** the hearing on the Motion to Dismiss is scheduled for April 20, 2017.

**WHEREAS,** the deadline for Plaintiffs to file their opposition to the Motion to Dismiss is February 27, 2017.

**WHEREAS,** Plaintiffs intend to file a First Amended Complaint instead of filing an opposition to the pending Motion to Dismiss.

**WHEREAS**, the parties have agreed to request that the Court extend the deadline for the Plaintiffs' to file their First Amended Complaint and for Defendants to respond to the First Amended Complaint.

**IT IS HEREBY STIPULATED**, as follows:

1. Plaintiffs shall dismiss The Regents from the First Cause of Action for violation of the Fourth Amendment with prejudice.

2. Plaintiffs shall dismiss the Second Cause of Action for violation of Equal Protection with prejudice in its entirety.

3. In consideration of Plaintiffs dismissing The Regents from the First of Action and dismissing the Second Cause of Action in its entirety, Defendants agree that the deadline for Plaintiffs to file their First Amended Complaint is extended to March 6, 2017.

4. Plaintiffs agree that the deadline for Defendants to file a responsive pleading to the First Amended Complaint shall be March 27, 2017.

5. Plaintiffs do not waive their right to plead in their First Amended Complaint additional state causes of actions against The Regents.

6. Defendants do not waive their right to file a renewed Motion to Dismiss on any ground in response to the First Amended Complaint including those grounds asserted in response to the Original Complaint.

7. If Plaintiffs file their First Amended Complaint on or by March 6, 2017, Defendants agree to withdraw their pending Motion to Dismiss.

///

8. If Plaintiffs fail to file the First Amended Complaint on or by March 6, 2017, the hearing on Defendants' Motion to Dismiss shall remain on calendar and the deadline for Defendants' to file their Reply Brief shall be March 27, 2017.

9. Plaintiffs shall file a motion and Proposed Order for permission for Electronic Case Filing by March 1, 2017.

**IT IS SO STIPULATED.**

Dated: February 24, 2017

By: ____*/s/ Raymond Dowd*_____
RAYMOND DOWD, PRO SE

Dated: February 24, 2017

By: ____*/s/ Laura E. Linser*_____
LAURA E. LINSER, PRO SE

Dated: February 24, 2017    **LEONE & ALBERTS**

By: _*/s/ Claudia Leed, Esq.*_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
SETH L. GORDON, ESQ.
Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and CYRIACUS NZEREM

## ORDER

Pursuant to the Stipulation of the Parties and good cause appearing it is hereby ordered as follows:

1. The First Cause of Action is dismissed with Prejudice against The Regents.

2. The Second Cause of Action is dismissed in its entirety with prejudice.

3. The deadline for Plaintiffs to file their First Amended Complaint is extended to March 6, 2017.

4. The deadline for Defendants to file a responsive pleading to the First

---

STIPULATION AND [PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT    Case No. CV 17-181 HSG

Amended Complaint shall be March 27, 2017.

5. The hearing on Defendants pending Motion to Dismiss shall be vacated upon the filing of Plaintiffs' First Amended Complaint on or by March 6, 2017.

6. If Plaintiffs fail to file the First Amended Complaint on or by March 6, 2017, the hearing on Defendants' Motion to Dismiss shall remain on calendar and the deadline for Defendants' to file their Reply Brief shall be March 27, 2017.

7. Plaintiffs shall file a motion and Proposed Order for permission for Electronic Case Filing by March 1, 2017.

**IT IS SO ORDERED.**

Dated: _____March 14_, 2017          _____
                                        HON. HAYWOOD S. GILLIAM, JR.
                                        Judge of the District Court